Lawrence Brewster
Regional Solicitor
**Pamela W. McKee** (CSBN-219825)
Associate Regional Solicitor
email: mckee.pamela@dol.gov
Office of the Solicitor (Sol#0717721)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071
Telephone: (213) 894-2681
Facsimile:  (213) 894-2064

JS-6

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELAINE L. CHAO**,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>                    Plaintiff,<br><br>               v.<br><br>**SALAZAR CONSTRUCTION CO., INC.,** a California corporation; **ARTURO SALAZAR**, individually and as managing agent of the corporate defendant Salazar Construction Co., Inc.; **TECHNICON CONSTRUCTION, INC.,** a California corporation; and **ESEQUIL SALAZAR**, individually and as managing agent of the corporate defendant Technicon Construction, Inc.,<br><br>_____Defendants._____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action File No.

**CONSENT JUDGMENT**

1.   The Plaintiff, ELAINE L. CHAO, Secretary of Labor, United States Department of Labor ("Secretary"), has filed a Complaint alleging violations of the overtime and recordkeeping provisions of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq. ("FLSA").

2.     Defendants   SALAZAR   CONSTRUCTION   CO.,   INC.,   TECHNICON

CONSTRUCTION INC., ARTURO SALAZAR AND ESEQUIL SALAZAR (collectively "Defendants"), have appeared by counsel and acknowledge receipt of a copy of the Secretary's Complaint.

3. Defendants have waived issuance and service of process and their right to file an answer or otherwise defend this action.

4. The parties waive the entry of findings of fact and conclusions of law and agree to the entry of this Consent Judgment in settlement of this action, without contest.

5. Defendants agree to the entry of this Judgment in settlement of this action. The payments by Defendants pursuant to this Consent Judgment are made for the purpose of eliminating and foregoing the nuisance of litigation and the financial cost necessarily incident thereto. Therefore, neither the payments by Defendants nor the entering into this Consent Judgment is to be construed as an admission of the truth of any allegation made by Plaintiff in the Secretary's Complaint or of any liability, whatsoever, all of which have been and continue to be expressly denied. Specifically, but not by way of limitation, it is agreed and understood that the payment under the Consent Judgment and/or the entering into this Consent Judgment does not constitute either evidence or any admission of any violation of any law, statute, principle, rule of law, regulation or of any wrong-doing or infringement of any right.

6. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is, therefore, upon motion of the attorneys for the Secretary and for cause shown:

ORDERED, ADJUDGED, AND DECREED that Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5), in any of the following manners:

1.    Defendants shall not, contrary to Section 7 of the FLSA, 29 U.S.C. §207, employ any employee who in any workweek is engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2.    Defendants shall not fail to make, keep, make available (to authorized agents of the Secretary for inspection, transcription, and/or copying, upon reasonable notice and their demand for such access during Defendants' normal business hours), and preserve (for a period of three years) records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to Sections 11(c) and 15(a)(5) of FLSA, 29 U.S.C. §211(c) and §215(a)(5), and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3.    Defendants shall not continue to withhold the payment of FOUR HUNDRED NINETY-FIVE THOUSAND, EIGHT HUNDRED AND NINE dollars and EIGHTEEN cents ($495,809.18) in unpaid overtime pay, plus interest at four (4%) per cent, hereby found to be due under the FLSA to employees of Defendants listed on Exhibit A, attached hereto, for the periods listed thereon.

4.    Pursuant to provisions of the preceding paragraph 3 of this Judgment, Defendants shall not fail to pay the amount specified in nine (9) installments on or before the dates and in the net amount of the gross wages plus interest specified in the schedule attached as Exhibit B.  Defendants will issue checks to each employee in the net amount due at each payment date as set forth in Exhibit B (which shows the gross due) and said checks shall be delivered to Plaintiff's authorized representatives by personal delivery or Certified Mail, Return Receipt Requested at:

U.S. Department of Labor

Attn: Francisco Ocampo

Wage & Hour Division

915 Wilshire Blvd., Ste 960

Los Angeles, California 90017

(or such other place as may hereafter be designated in writing by the Plaintiff). In addition, on or before each scheduled payment, a schedule in duplicate bearing the Salazar Construction Co, Inc. firm name, employer identification number, address, and phone numbers for all Defendants, and showing the name, last known (home) address, social security number, gross backwage amount for each employee receiving a check that payment (as listed in the attached Exhibit B), the amounts of legal deductions for social security and withholding taxes thereon (that Defendants shall pay directly to the federal and State agencies entitled thereto, when due), and the resulting net backwage amount for each person listed in the attached Exhibit B.

     5. In the event of any uncured default by Defendants in the timely making of any payment due hereunder, the full amount which then remains unpaid (plus post-judgment interest, from the date of this Consent Judgment until the full amount is paid in full, at ten percent (10%) interest per annum, on the full balance outstanding from time to time) shall become due and payable upon the Plaintiff's sending by ordinary First Class Mail a written demand therefore to the last corporate and/or business address of the Defendants then known to the Plaintiff, unless Defendants cure said default by paying the payment then due within five (5) days of receipt of the notice of default; the manner of the aforesaid immediate payment shall be by certified or cashier's check or money order with the Salazar Construction Co., Inc. firm name written thereon, payable to the order of the "Wage & Hour Div., Labor"; and it is further

     ORDERED that Defendants, in addition, agree to the imposition of a Civil Money Penalty in the amount of FORTY-SEVEN THOUSAND, NINE HUNDRED SEVENTY-SIX dollars ($47,976.00), plus four percent (4%) interest, pursuant to Section 16(e) of the Act and consistent with 29 C.F.R. Part 580, to be paid in nine payments and shall deliver to Plaintiff's representatives at the same address as set forth in para-

graph 4 above (or such other place as may hereafter be designated in writing by the Plaintiff), a certified or cashier's check or money order on the dates and for the amounts shown on Exhibit C attached hereto, with the "Salazar Construction" firm name and "CMPs" written thereon, payable to the order of the "Wage & Hour Div., Labor." If any amount required to be paid as a Civil Money Penalty is not received within fifteen (15) days from the date it is due, a penalty equal to ten percent (10%) of the unpaid amount shall be deemed added to such unpaid amount and payment of the combined sum must be received by the U.S. Department of Labor no later than thirty (30) days from the date the amount initially became due.  If payment of the combined sum is not received by the U.S. Department of Labor within the aforereferenced period of thirty (30) days, the total Civil Money Penalty amount due under this Consent Judgment will become immediately due and payable; and it is further

ORDERED that the Secretary shall allocate and distribute the remittances, or the proceeds thereof, if any, to the persons named in the attached Exhibit A in amounts representing the backwages plus interest due each employee, or to their estates if necessary.  Any money not so paid because of an inability to locate the proper persons or because of such person's refusal to accept it, shall be deposited by the Secretary in a special deposit account for payment to the proper persons and upon such inability to pay within 3 years, shall then be deposited in the Treasury of the United States, as miscellaneous receipts; and it is further

ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Consent Judgment shall not act as or be asserted as a bar to any action under Section 16(b) of FLSA, 29 U.S.C. §216(b), as to any employee not named on the attached Exhibit A, nor as to any employee named on the attached Exhibit A for any period not specified herein for the backwage recovery provisions hereof; and it is further

ORDERED that each party agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act,

**CONSENT JUDGMENT** (Sol#0717721)                                                     **Page 5 of 22**

as amended; and it is further

ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated: this 21st day of February 2008

*Valerie Baker Fairbank*

_____

United States District Judge

The Defendants hereby appear, waive service of process and any answer or defense herein, consent to the entry of this Judgment, and waive notice by the Clerk of Court, all on this _____ day of November, 2007.

SALAZAR CONSTRUCTION CO., INC.,  Defendant


By _____/S/_____
       Its Duly-Authorized Agent

TECHNICON CONSTRUCTION, INC.,  Defendant


By _____/S/_____
       Its Duly-Authorized Agent



_____/S/_____
ARTURO SALAZAR, Defendant



_____/S/_____
ESEQUIL SALAZAR,  Defendant



_____/S/_____
MARK BRUTZKUS, ESQ.
Attorney for Defendants

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor


_____/S/_____
PAMELA W. McKEE
Associate Regional Solicitor
Attorneys for the Plaintiff
U.S. Department of Labor

1

## EXHIBIT A

2

3

| First Name | MI | Last Name | BW Date From | BW Date To | Total OT Due |
|---|---|---|---|---|---|
| Edgar |  | Aguila | 12/27/2005 | 02/21/2006 | 262.5 |
| Carlos | O | Aguilera | 07/04/2006 | 12/19/2006 | 874.25 |
| Jose |  | Alcantar | 07/11/2006 | 08/28/2007 | 4818.52 |
| Jose | D | Aleman | 10/10/2006 | 04/03/2007 | 1337.5 |
| Javier |  | Alexander | 11/15/2005 | 09/04/2007 | 10127.73 |
| Marco | A | Alfaro | 05/23/2006 | 08/21/2007 | 2420.38 |
| Ricardo |  | Almora | 02/07/2006 | 08/21/2007 | 13610.61 |
| Ricardo |  | Almora Jr | 02/28/2006 | 08/14/2007 | 606.55 |
| Ricardo |  | Alvardo | 12/06/2005 | 12/06/2005 | 72 |
| Antonio | E | Alvarez | 03/07/2006 | 08/28/2007 | 1548.65 |
| Juan | A | Alvizo | 12/20/2005 | 02/07/2006 | 553.38 |
| Fausto | M | Andrade | 11/15/2005 | 09/04/2007 | 16126.22 |
| Juan |  | Andrade | 03/21/2006 | 09/04/2007 | 11290.79 |
| Angel | C | Arteaga | 11/29/2005 | 12/20/2005 | 390 |
| Fernando |  | Avalos | 09/26/2006 | 09/26/2006 | 85 |
| Eric |  | Ayala | 05/22/2007 | 08/28/2007 | 352.29 |
| Juan |  | Ayala | 09/05/2006 | 08/21/2007 | 1106.72 |
| Juan R |  | Ayala | 07/11/2006 | 02/13/2007 | 1987.81 |
| Nestor | P | Barahona | 12/06/2005 | 09/04/2007 | 3105.4 |
| Juan | C | Barraza | 01/24/2006 | 09/26/2006 | 1913.82 |
| Octavio |  | Bautista | 07/24/2007 | 08/21/2007 | 141.13 |
| Angel |  | Becerra | 11/15/2005 | 11/21/2006 | 2005.84 |
| Ernesto |  | Becerra | 11/15/2005 | 03/13/2007 | 4960.18 |
| Luis | E | Becerra | 08/07/2007 | 08/21/2007 | 163.75 |
| Jose |  | Beltran | 01/10/2006 | 08/29/2006 | 1972.52 |
| Juan | R | Beltran | 10/31/2006 | 11/28/2006 | 187 |
| Marco | A | Benicio | 06/27/2006 | 11/21/2006 | 1729.59 |
| Samuel |  | Bimbela | 02/28/2006 | 08/28/2007 | 1540.63 |
| Adan | M | Calletano | 01/17/2006 | 09/04/2007 | 5716.76 |
| Roberto | C | Carranza | 03/21/2006 | 04/25/2006 | 152 |
| Primitivo |  | Casillas | 11/15/2005 | 09/04/2007 | 9149.4 |
| Luis |  | Castillo | 08/22/2006 | 10/31/2006 | 484.5 |
| Jose | E | Castro-Lora | 01/10/2006 | 06/20/2006 | 594 |
| Bernardo | M | Caudillo | 07/04/2006 | 11/21/2006 | 966.25 |
| Pedro |  | Cerros | 07/11/2006 | 01/09/2007 | 2417.58 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | | | | |
|---|---|---|---|---|---|
| Hector | | Cervantes | 05/23/2006 | 01/02/2007 | 907.6 |
| Elmer | | Chalo | 05/22/2007 | 08/21/2007 | 411.78 |
| Miguel | A | Chavez | 07/25/2006 | 02/20/2007 | 1190.84 |
| Alejo | M | Chimal | 05/22/2007 | 08/07/2007 | 336.6 |
| Samuel | L | Cifuentes | 11/15/2005 | 09/04/2007 | 7885.3 |
| Jose | | Collazo | 11/22/2005 | 01/17/2006 | 440.5 |
| Alba | | Concepcion | 05/30/2006 | 06/06/2006 | 445.5 |
| Hector | | Contreras | 06/06/2006 | 08/22/2006 | 1132.92 |
| Manuel | | Contreras | 05/02/2006 | 08/22/2006 | 2315.4 |
| Jose Alexander | R | Cortes | 09/05/2006 | 08/28/2007 | 835.84 |
| Armando | | Cortez | 07/24/2007 | 08/21/2007 | 119.7 |
| Diego | C | Cruz | 01/02/2007 | 02/20/2007 | 250.75 |
| Fidel | C | Cruz | 05/22/2007 | 07/24/2007 | 244.19 |
| Francisco | D | Cruz | 05/23/2006 | 07/18/2006 | 869 |
| Gerardo | T | Cruz | 08/15/2006 | 09/26/2006 | 329 |
| Gonzalo | | Cruz | 05/23/2006 | 08/21/2007 | 4272.86 |
| Jose | J | Cruz | 08/22/2006 | 08/22/2006 | 72 |
| Ricardo | | Davalos | 11/15/2005 | 12/20/2005 | 535.56 |
| Gustavo | | De La Cruz | 08/21/2007 | 09/04/2007 | 157.29 |
| Adan | F | De La Rosa | 04/04/2006 | 04/11/2006 | 267 |
| Mario | | Delgadillo | 11/15/2005 | 12/05/2006 | 5065.34 |
| Angel | R | Diaz | 11/15/2005 | 10/31/2006 | 1495.5 |
| Daniel | | Diaz | 05/02/2006 | 05/02/2006 | 30 |
| Francisco | | Diaz | 05/30/2006 | 06/20/2006 | 273.5 |
| Carlos | | Dorado | 08/15/2006 | 08/21/2007 | 2581.19 |
| Cruz | | Dorado | 08/15/2006 | 09/12/2006 | 120 |
| Gerardo | | Ebangelista | 05/23/2006 | 08/22/2006 | 1130.06 |
| Manuel | | Eliseo | 12/27/2005 | 03/06/2007 | 3501.08 |
| Angel | | Escobedo | 11/15/2005 | 02/27/2007 | 6430.76 |
| Celedonio | L | Escoto | 12/12/2006 | 03/13/2007 | 317.25 |
| Jose | G | Espejel | 04/03/2007 | 09/04/2007 | 864.13 |
| Arturo | | Espinoza | 03/07/2006 | 11/21/2006 | 1419.9 |
| Jose | | Espinoza | 03/20/2007 | 09/04/2007 | 790.63 |
| Ruben | | Espinoza | 03/07/2006 | 07/31/2007 | 3993.04 |
| Jesus | M | Felix | 05/22/2007 | 08/28/2007 | 406.87 |
| Jose | A | Flores | 05/22/2007 | 09/04/2007 | 445.06 |
| Reynaldo | | Flores | 05/22/2007 | 08/28/2007 | 452.96 |
| Victor | | Flores | 05/16/2006 | 08/28/2007 | 2776.62 |
| Jose | F | Fuentes | 10/10/2006 | 11/07/2006 | 426 |

| | | | | | |
|---|---|---|---|---|---:|
| Saul | | Galicia | 11/15/2005 | 11/15/2005 | 80 |
| Tono | | Galisia | 06/27/2006 | 06/27/2006 | 65.25 |
| Daniel | | Gallardo | 01/17/2006 | 12/19/2006 | 2995.83 |
| Mario | | Gallardo | 08/07/2007 | 08/28/2007 | 191.52 |
| Hector | | Gallegos | 11/15/2005 | 02/07/2006 | 589.62 |
| Cesar | | Galvan | 10/24/2006 | 03/06/2007 | 1984.5 |
| Jose | A | Galves | 02/07/2006 | 04/03/2007 | 2868.62 |
| Miguel | A | Galves | 05/22/2007 | 09/04/2007 | 328.7 |
| Daniel | | Garcia | 05/22/2007 | 08/21/2007 | 356.72 |
| Heriberto Penaloza | | Garcia | 05/16/2006 | 08/28/2007 | 4121.24 |
| Isaias | G | Garcia | 02/14/2006 | 12/12/2006 | 2502.07 |
| Joel | G | Garcia | 08/15/2006 | 11/14/2006 | 591.5 |
| Jorge | L | Garcia | 05/23/2006 | 12/05/2006 | 2675.13 |
| Jose Arturo | N | Garcia | 02/13/2007 | 02/13/2007 | 22.5 |
| Olegario | | Garcia | 07/11/2006 | 11/14/2006 | 1609.21 |
| Reveriano | | Garcia | 09/05/2006 | 08/21/2007 | 2385.23 |
| Saul | | Garcia | 10/24/2006 | 03/20/2007 | 1305 |
| Sergio | | Garcia | 05/23/2006 | 12/05/2006 | 2685.13 |
| Jesus | | Gasper | 01/10/2006 | 01/10/2006 | 44 |
| Cesar | G | Gil | 05/02/2006 | 12/19/2006 | 2788.58 |
| Jose | A | Gonzales | 08/01/2006 | 09/04/2007 | 3314.32 |
| Juan | | Gonzales | 05/30/2006 | 08/28/2007 | 2337.6 |
| Alondra | D | Gonzalez | 04/10/2007 | 08/21/2007 | 619.64 |
| Victor | A | Gonzalo | 03/07/2006 | 03/07/2006 | 430 |
| Pedro | O | Gracida | 05/23/2006 | 10/03/2006 | 1352.25 |
| Ever | M | Gutierrez | 12/06/2005 | 09/19/2006 | 835.68 |
| Francisco | M | Gutierrez | 03/07/2006 | 08/28/2007 | 9621.06 |
| Roberto | R | Gutierrez | 11/15/2005 | 09/04/2007 | 9997.8 |
| Maria | R | Guzman | 08/01/2006 | 08/15/2006 | 45 |
| Francisco | C | Heredia | 11/15/2005 | 11/22/2005 | 213.75 |
| Jose | L | Heredia | 05/22/2007 | 09/04/2007 | 946.13 |
| Victor | A | Heredia | 11/15/2005 | 09/04/2007 | 8223.64 |
| Byron | | Hernandez | 11/15/2005 | 04/11/2006 | 907.42 |
| Edgardo | | Hernandez | 11/15/2005 | 12/13/2005 | 217.5 |
| Edras | | Hernandez | 11/15/2005 | 11/15/2005 | 98.5 |
| Jose | L | Hernandez | 09/26/2006 | 12/26/2006 | 852.5 |
| Perfecto | | Hernandez | 11/15/2005 | 08/21/2007 | 4716.65 |
| Rafael | E | Hernandez | 11/15/2005 | 03/07/2006 | 1017.17 |
| Velmin | A | Hernandez | 11/15/2005 | 11/15/2005 | 103.56 |

| | | | | | |
|---|---|---|---|---|---|
| Jose | L | Herrera | 04/25/2006 | 08/28/2007 | 3850.37 |
| Antolin | | Ibanez | 05/23/2006 | 08/22/2006 | 1169.75 |
| Juan | J | Jaramillo | 11/15/2005 | 05/16/2006 | 2500.38 |
| Jorge | | Jimenez | 11/15/2005 | 09/04/2007 | 11235.01 |
| Marco | A | Jimenez-Marcos | 11/15/2005 | 05/30/2006 | 3185.98 |
| Jimmy | | Jr Lomeli | 11/15/2005 | 11/29/2005 | 233.75 |
| Jose | S | Juarez | 11/15/2005 | 09/04/2007 | 6782.24 |
| Ady | N | Lopez | 03/21/2006 | 04/25/2006 | 227.65 |
| Jose A | | Lopez | 07/18/2006 | 08/22/2006 | 465.54 |
| Jose S | | Lopez | 11/15/2005 | 04/03/2007 | 2661.06 |
| Manuel | P | Lopez | 05/22/2007 | 09/04/2007 | 544.41 |
| Javier | | Lozano | 10/10/2006 | 04/03/2007 | 460 |
| Gerardo | H | Lucas | 10/03/2006 | 03/27/2007 | 1493.3 |
| Gustavo | J | Luna | 10/24/2006 | 01/09/2007 | 385 |
| Joaquin | C | Luna | 05/16/2006 | 09/04/2007 | 2355.49 |
| Maximino | N | Luna | 05/22/2007 | 09/04/2007 | 664.35 |
| Erixs | | Marroquin | 11/15/2005 | 06/20/2006 | 1161.5 |
| Alfonso | | Martinez | 11/15/2005 | 01/31/2006 | 461.25 |
| Antonio | A | Martinez | 12/27/2005 | 09/04/2007 | 2129.12 |
| Daniel | | Martinez | 04/03/2007 | 09/04/2007 | 663.15 |
| Estevan | | Martinez | 05/22/2007 | 08/21/2007 | 418.72 |
| Isaac | | Martinez | 11/15/2005 | 09/04/2007 | 3964.94 |
| Jaime | | Martinez | 09/12/2006 | 09/12/2006 | 47.5 |
| Jose | P | Martinez | 11/15/2005 | 09/05/2004 | 5385.04 |
| Jose De Jesus | | Martinez | 03/21/2006 | 01/23/2007 | 5388.9 |
| Juan C | | Martinez | 07/25/2006 | 11/21/2006 | 345 |
| Juan E | | Martinez | 05/23/2006 | 08/28/2007 | 2715.91 |
| Luis | | Martinez | 05/22/2007 | 08/21/2007 | 392.63 |
| Marco | | Martinez | 09/19/2006 | 11/21/2006 | 732.58 |
| Margarita | O | Martinez | 03/21/2006 | 04/04/2006 | 160 |
| Pablo | C | Martinez | 09/12/2006 | 09/26/2006 | 63.75 |
| Yubini | R | Mendez | 04/10/2007 | 08/21/2007 | 562.6 |
| Manuel | | Mendoza | 08/15/2006 | 09/26/2006 | 225 |
| Miguel | | Mendoza | 12/05/2006 | 08/14/2007 | 1023.57 |
| Oscar | | Menjiuar | 11/15/2005 | 06/20/2006 | 1596.98 |
| Gustavo | | Meza | 07/18/2006 | 08/01/2006 | 241.5 |
| Servando | V | Meza | 01/10/2006 | 08/21/2007 | 2060.68 |
| Victor | R | Meza | 07/18/2006 | 08/01/2006 | 222.5 |
| Carlos | L | Miranda | 05/30/2006 | 09/19/2006 | 1672.1 |

**CONSENT JUDGMENT** (Sol#0717721)

| | | | | | |
|---|---|---|---|---|---:|
| Aldo | | Mojarro | 05/22/2007 | 08/28/2007 | 518.19 |
| Juan | G | Mora | 03/07/2006 | 03/21/2006 | 58 |
| Julio | C | Mora | 07/24/2007 | 09/04/2007 | 114.2 |
| Adalberto | | Munoz | 08/07/2007 | 08/21/2007 | 105.94 |
| Emilio | A | Munoz | 08/07/2007 | 08/07/2007 | 53.87 |
| Francisco | J | Munoz | 02/06/2007 | 02/13/2007 | 270 |
| Agustin | | Nolasco | 03/21/2006 | 09/04/2007 | 7007.85 |
| Jesus | M | Nunez | 08/22/2006 | 12/05/2006 | 998 |
| Miguel | A | Oceguera | 11/15/2005 | 08/21/2007 | 4566.43 |
| Jesus | | Ochoa | 05/02/2006 | 05/23/2006 | 265.5 |
| Adolfo | | Olivares | 01/10/2006 | 08/28/2007 | 2556.06 |
| Juan | | Olivares | 05/22/2007 | 08/28/2007 | 409.38 |
| Cesar | | Olmedo | 11/15/2005 | 09/04/2007 | 3258.89 |
| Michael | D | Ozuna | 08/01/2006 | 01/09/2007 | 2697.84 |
| Jorge | O | Pacheco | 03/14/2006 | 05/16/2006 | 437.5 |
| Lorenzo | | Pacheco | 06/20/2006 | 09/04/2007 | 2225.37 |
| Arturo | S | Palacios | 08/07/2007 | 08/21/2007 | 107.73 |
| Oscar | | Palacios | 10/10/2006 | 10/17/2006 | 144 |
| Juan | | Parra | 05/23/2006 | 08/28/2007 | 2974.13 |
| Gilberto | | Perez | 05/22/2007 | 08/21/2007 | 415.73 |
| Jorge | L | Perez | 08/07/2007 | 09/04/2007 | 140.05 |
| Martin | | Perez | 08/14/2007 | 09/04/2007 | 104.14 |
| Ricardo | S | Perez | 05/16/2007 | 09/04/2007 | 4293.88 |
| James | H | Perez-Rueda | 11/15/2005 | 10/24/2006 | 5359.12 |
| Rigoberto | G | Perfecto | 02/21/2006 | 12/05/2006 | 2279.5 |
| Saul | G | Perfecto | 09/05/2006 | 03/27/2007 | 1667.56 |
| Eliseo | | Picasso | 10/31/2006 | 02/13/2007 | 1058.31 |
| Pedro De La C | | Ponce | 01/02/2007 | 07/03/2007 | 1588.21 |
| Jesus | | Quintero | 07/18/2006 | 03/27/2007 | 4650.24 |
| Jimmy | | Rabanales | 02/14/2006 | 02/14/2006 | 76.5 |
| Dolores | | Ramirez | 02/21/2006 | 09/04/2007 | 4160.4 |
| Irack | | Ramirez | 10/31/2006 | 07/17/2007 | 1501.1 |
| Luis | | Ramirez | 08/08/2006 | 09/26/2006 | 385 |
| Oscar | | Ramirez | 03/21/2006 | 11/28/2006 | 1502.75 |
| Horacio | | Ramos | 05/22/2007 | 09/04/2007 | 462.17 |
| Rogelio | | Rangel | 05/22/2007 | 08/21/2007 | 434.52 |
| Francisco | H | Rincon | 05/22/2007 | 08/21/2007 | 799.38 |
| Roberto | | Rincon | 08/07/2007 | 08/21/2007 | 172.37 |
| Nelson | | Rios | 01/24/2006 | 09/04/2007 | 6196.27 |

| | | | | | |
|---|---|---|---|---|---:|
| Lucio | | Rivera | 08/14/2007 | 08/21/2007 | 173.57 |
| Reyes | | Rivera-Olvera | 07/31/2007 | 09/04/2007 | 203.5 |
| Fernando | | Rivero | 11/15/2005 | 09/05/2007 | 14876.47 |
| Amilcar | A | Rodas | 07/24/2007 | 09/04/2007 | 223.84 |
| Cesar | | Rodriguez | 05/16/2006 | 05/16/2006 | 25 |
| Emiliano | G | Rodriguez | 05/16/2006 | 09/04/2007 | 2369.53 |
| Ernesto | | Rodriguez | 05/22/2007 | 07/31/2007 | 262.69 |
| Jaime | | Rodriguez | 09/12/2006 | 10/10/2006 | 242.25 |
| Jesus | | Rodriguez | 03/21/2006 | 03/21/2006 | 25 |
| Oscar Alberto | | Rodriguez | 11/15/2005 | 06/20/2006 | 2175 |
| Guillermo | S | Romero | 02/14/2006 | 03/27/2007 | 1689.5 |
| Horacio | D | Rosas | 05/02/2006 | 05/02/2006 | 94 |
| Myra | A | Rubalcava | 08/08/2006 | 08/08/2006 | 48 |
| Miguel | A | Ruiz | 08/01/2006 | 09/04/2007 | 2063.83 |
| Carlos | A | Salas | 06/13/2006 | 08/07/2007 | 200.37 |
| Manuel | | Salas | 05/23/2006 | 08/07/2007 | 177.3 |
| Nicolas | | Salas | 08/07/2007 | 08/21/2007 | 107.73 |
| Carlos | A | Salazar | 01/10/2006 | 06/20/2006 | 1280.25 |
| Roberto | I | Salazar | 05/22/2007 | 08/14/2007 | 730.19 |
| Francisco | A | Salcedo Palafox | 02/21/2006 | 08/21/2007 | 6022.81 |
| Luis | A | Salinas | 09/12/2006 | 11/21/2006 | 851.58 |
| Edwin | A | Sanchez | 11/22/2005 | 09/04/2007 | 8933.5 |
| Jesus | | Sanchez | 04/03/2007 | 08/28/2007 | 690.68 |
| Jose | L | Sanchez | 09/05/2006 | 09/04/2007 | 72.89 |
| Juan | J | Sanchez | 05/22/2007 | 08/28/2007 | 779.39 |
| Juventino | | Sanchez | 03/14/2006 | 08/21/2007 | 5235.37 |
| Lorenzo | | Sanchez | 03/07/2006 | 03/07/2006 | 250 |
| Luis | R | Sanchez | 10/03/2006 | 01/02/2007 | 340.08 |
| Marvin | G | Sanchez | 11/15/2005 | 09/04/2007 | 10370.28 |
| Mauricio | | Sanchez | 05/16/2006 | 08/01/2006 | 663.75 |
| Milton | | Sanchez | 05/16/2006 | 08/01/2006 | 746.5 |
| Jose | | Sandoval | 03/28/2006 | 04/03/2007 | 1444.96 |
| Victoria | | Sandoval | 06/06/2006 | 03/27/2007 | 468 |
| Jose | | Savaia | 07/31/2007 | 09/04/2007 | 118.27 |
| Juan Manuel | | Serrano | 05/30/2006 | 03/06/2007 | 2682.5 |
| Juan | M | Sevilla | 11/22/2005 | 11/22/2005 | 27 |
| Jorge | A | Solano B | 04/25/2006 | 10/24/2006 | 2083.84 |
| Manuel | | Solares | 11/15/2005 | 09/04/2007 | 6993.24 |
| Luis | F | Solis | 01/10/2006 | 02/21/2006 | 1160 |

| Jose | L | Soriano | 11/15/2005 | 08/28/2007 | 2140.8 |
|------|---|---------|------------|------------|--------|
| Frank | | Soto Jr | 11/22/2005 | 08/21/2007 | 4271.27 |
| Agustin | | Suarez | 08/28/2007 | 08/28/2007 | 31.12 |
| Hector | | Suarez | 05/22/2007 | 08/21/2007 | 410.82 |
| Hugo | C | Tellez | 09/12/2006 | 12/19/2006 | 254.25 |
| Rolando | | Tellez | 09/12/2006 | 10/10/2006 | 218.5 |
| Catarino | C | Teodocio | 05/22/2007 | 08/21/2007 | 380.66 |
| Mardonio | | Teodocio | 05/22/2007 | 08/21/2007 | 418.72 |
| Francisco | J | Trujillo | 11/15/2005 | 08/21/2007 | 5871.98 |
| Heriberto | Z | Trujillo | 01/17/2006 | 07/24/2007 | 3689.54 |
| Manuel | E | Trujillo | 04/25/2006 | 09/04/2007 | 632.86 |
| Eulogio | C | Ulloa | 06/06/2006 | 06/20/2006 | 126 |
| Ricardo | | Urenda | 05/22/2007 | 08/21/2007 | 494.85 |
| Gilbert | G | Valencia | 02/14/2006 | 09/04/2007 | 3026.21 |
| Ramon | Z | Valencia | 09/26/2006 | 10/24/2006 | 306.5 |
| David | | Vargas | 11/15/2005 | 09/04/2007 | 6741.66 |
| Hugo | R | Vargas | 11/15/2005 | 07/10/2007 | 2313.55 |
| Juan | M | Vasquez | 08/07/2007 | 08/21/2007 | 226.24 |
| Alberto | R | Vazquez | 05/02/2006 | 04/03/2007 | 4627.34 |
| Cesar | G | Vega | 10/17/2006 | 12/12/2006 | 206.5 |
| Estuardo | | Vega | 07/18/2006 | 08/28/2007 | 1057.26 |
| Manuel | | Velazquez | 05/22/2007 | 08/28/2007 | 335.05 |
| Pedro A Andrade | | Velazquez | 07/31/2007 | 08/21/2007 | 61.04 |
| Alfonso | | Vicente | 05/22/2007 | 08/28/2007 | 451.75 |
| Hugo | | Vilchis | 04/25/2006 | 10/31/2006 | 198 |
| Gilberto | | Virgen | 06/27/2006 | 06/27/2006 | 31.5 |
| Jaime | | Virgen | 06/27/2006 | 06/27/2006 | 31.5 |
| Lizzette | H | Yanez | 07/11/2006 | 07/11/2006 | 50 |
| Miguel | | Zamora | 04/11/2006 | 03/27/2007 | 5008.13 |
| Dionisio | | Zamudio | 03/07/2006 | 09/04/2007 | 3036.35 |
| Francisco | | Zamudio | 12/12/2006 | 12/12/2006 | 40 |

**EXHIBIT B**

| EMPLOYEE NAME | PRINCIPAL | INTEREST | TOTAL PAYMENT |
|---|---|---|---|
| **Date Due: 11/30/2007** | | | |
| Jose Alcantar | $4,818.52 | $0.00 | $4,818.52 |
| Angel Becerra | $2,005.84 | $0.00 | $2,005.84 |
| Ernesto Becerra | $4,960.18 | $0.00 | $4,960.18 |
| Ricardo Davalos | $535.56 | $0.00 | $535.56 |
| Angel Diaz | $1,495.50 | $0.00 | $1,495.50 |
| Saul Galicia | $80.00 | $0.00 | $80.00 |
| Hector Gallegos | $589.62 | $0.00 | $589.62 |
| Francisco Heredia | $213.75 | $0.00 | $213.75 |
| Byron Hernandez | $907.42 | $0.00 | $907.42 |
| Edgardo Hernandez | $217.50 | $0.00 | $217.50 |
| Edras Hernandez | $98.50 | $0.00 | $98.50 |
| Perfecto Hernandez | $4,716.65 | $0.00 | $4,716.65 |
| Rafael Hernandez | $1,017.17 | $0.00 | $1,017.17 |
| Velmin Hernandez | $103.56 | $0.00 | $103.56 |
| Juan Jaramillo | $2,500.38 | $0.00 | $2,500.38 |
| Marco Jimenez Marcos | $3,185.98 | $0.00 | $3,185.98 |
| Jimmy Jr Lomeli | $233.75 | $0.00 | $233.75 |
| Jose S Lopez | $2,661.06 | $0.00 | $2,661.06 |
| Erixs Marroquin | $1,161.50 | $0.00 | $1,161.50 |
| Alfonso Martinez | $461.25 | $0.00 | $461.25 |
| Isaac Martinez | $3,964.94 | $0.00 | $3,964.94 |
| Oscar Menjiuar | $1,596.98 | $0.00 | $1,596.98 |
| Miguel Oceguera | $4,566.43 | $0.00 | $4,566.43 |
| Cesar Olmedo | $3,258.89 | $0.00 | $3,258.89 |
| Oscar Alberto Rodriguez | $2,175.00 | $0.00 | $2,175.00 |
| Jose Soriano | $2,140.80 | $0.00 | $2,140.80 |
| Hugo Vargas | $2,313.55 | $0.00 | $2,313.55 |
| Jose Collazo | $440.50 | $0.00 | $440.50 |
| Juan Sevilla | $27.00 | $0.00 | $27.00 |
| Frank Soto Jr | $4,271.27 | $0.00 | $4,271.27 |
| Angel Arteaga | $390.00 | $0.00 | $390.00 |
| Ricardo Alvardo | $72.00 | $0.00 | $72.00 |
| Nestor Barahona | $3,105.40 | $0.00 | $3,105.40 |
| Ever Gutierrez | $835.68 | $0.00 | $835.68 |
| Juan Alvizo | $553.38 | $0.00 | $553.38 |
| Edgar Aguila | $262.50 | $0.00 | $262.50 |
| Manuel Eliseo | $3,501.08 | $0.00 | $3,501.08 |
| Antonio Martinez | $2,129.12 | $0.00 | $2,129.12 |
| Jose Beltran | $1,972.52 | $0.00 | $1,972.52 |
| Jose Castro Lora | $594.00 | $0.00 | $594.00 |

| | | | |
|---|---|---|---|
| Jesus Gasper | $44.00 | $0.00 | $44.00 |
| Servando Meza | $2,060.68 | $0.00 | $2,060.68 |
| Adolfo Olivares | $2,556.06 | $0.00 | $2,556.06 |
| Carlos Salazar | $1,280.25 | $0.00 | $1,280.25 |
| Luis Solis | $1,160.00 | $0.00 | $1,160.00 |
| Daniel Gallardo | $2,995.83 | $0.00 | $2,995.83 |
| Heriberto Trujillo | $3,689.54 | $0.00 | $3,689.54 |
| Juan Barraza | $1,913.82 | $0.00 | $1,913.82 |
| Jose Galves | $2,868.62 | $0.00 | $2,868.62 |
| Isaias Garcia | $2,502.07 | $0.00 | $2,502.07 |
| Jimmy Rabanales | $76.50 | $0.00 | $76.50 |
| Guillermo Romero | $1,689.50 | $0.00 | $1,689.50 |
| Gilbert Valencia | $3,026.21 | $0.00 | $3,026.21 |
| Rigoberto Perfecto | $2,279.50 | $0.00 | $2,279.50 |
| Dolores Ramirez | $4,160.40 | $0.00 | $4,160.40 |
| Ricardo Almora Jr | $606.55 | $0.00 | $606.55 |
| Samuel Bimbela | $1,540.63 | $0.00 | $1,540.63 |
| Antonio Alvarez | $1,548.65 | $0.00 | $1,548.65 |
| Arturo Espinoza | $1,419.90 | $0.00 | $1,419.90 |
| Ruben Espinoza | $3,993.04 | $0.00 | $3,993.04 |
| Victor Gonzalo | $430.00 | $0.00 | $430.00 |
| Juan Mora | $58.00 | $0.00 | $58.00 |
| Lorenzo Sanchez | $250.00 | $0.00 | $250.00 |
| Dionisio Zamudio | $3,036.35 | $0.00 | $3,036.35 |
| Jorge Pacheco | $437.50 | $0.00 | $437.50 |
| Roberto Carranza | $152.00 | $0.00 | $152.00 |
| Ady Lopez | $227.65 | $0.00 | $227.65 |
| Margarita Martinez | $160.00 | $0.00 | $160.00 |
| Oscar Ramirez | $1,502.75 | $0.00 | $1,502.75 |
| Jesus Rodriguez | $25.00 | $0.00 | $25.00 |
| Jose Sandoval | $1,444.96 | $0.00 | $1,444.96 |
| Adan De La Rosa | $267.00 | $0.00 | $267.00 |
| Jose Herrera | $3,850.37 | $0.00 | $3,850.37 |
| Jorge Solano B | $564.24 | $0.00 | $564.24 |

**Date Due: 2/30/2008**

| | | | |
|---|---|---|---|
| Jorge Solano B | $1,519.60 | $15.20 | $1,534.80 |
| Manuel Trujillo | $632.86 | $6.33 | $639.19 |
| Hugo Vilchis | $198.00 | $1.98 | $199.98 |
| Manuel Contreras | $2,315.40 | $23.15 | $2,338.55 |
| Daniel Diaz | $30.00 | $0.30 | $30.30 |
| Cesar Gil | $2,788.58 | $27.89 | $2,816.47 |
| Jesus Ochoa | $265.50 | $2.66 | $268.16 |
| Horacio Rosas | $94.00 | $0.94 | $94.94 |
| Alberto Vazquez | $4,627.34 | $46.27 | $4,673.61 |

| | | | |
|---|---|---|---|
| Victor Flores | $2,776.62 | $27.77 | $2,804.39 |
| Heriberto Penaloza Garcia | $4,121.24 | $41.21 | $4,162.45 |
| Joaquin Luna | $2,355.49 | $23.55 | $2,379.04 |
| Ricardo Perez | $4,293.88 | $42.94 | $4,336.82 |
| Cesar Rodriguez | $25.00 | $0.25 | $25.25 |
| Emiliano Rodriguez | $2,369.53 | $23.70 | $2,393.23 |
| Mauricio Sanchez | $663.75 | $6.64 | $670.39 |
| Milton Sanchez | $746.50 | $7.46 | $753.96 |
| Marco Alfaro | $2,420.38 | $24.20 | $2,444.58 |
| Hector Cervantes | $907.60 | $9.08 | $916.68 |
| Francisco Cruz | $869.00 | $8.69 | $877.69 |
| Gonzalo Cruz | $4,272.86 | $42.73 | $4,315.59 |
| Gerardo Ebangelista | $1,130.06 | $11.30 | $1,141.36 |
| Jorge Garcia | $2,675.13 | $26.75 | $2,701.88 |
| Sergio Garcia | $2,685.13 | $26.85 | $2,711.98 |
| Pedro Gracida | $1,352.25 | $13.52 | $1,365.77 |
| Antolin Ibanez | $346.41 | $11.70 | $358.11 |

**Date Due 5/30/2008**

| | | | |
|---|---|---|---|
| Antolin Ibanez | $823.34 | $8.23 | $831.57 |
| Juan E Martinez | $2,715.91 | $54.32 | $2,770.23 |
| Juan Parra | $2,974.13 | $59.48 | $3,033.61 |
| Manuel Salas | $177.30 | $3.55 | $180.85 |
| Alba Concepcion | $445.50 | $8.91 | $454.41 |
| Francisco Diaz | $273.50 | $5.47 | $278.97 |
| Juan Gonzales | $2,337.60 | $46.75 | $2,384.35 |
| Carlos Miranda | $1,672.10 | $33.44 | $1,705.54 |
| Juan Manuel Serrano | $2,682.50 | $53.65 | $2,736.15 |
| Hector Contreras | $1,132.92 | $22.66 | $1,155.58 |
| Victoria Sandoval | $468.00 | $9.36 | $477.36 |
| Eulogio Ulloa | $126.00 | $2.52 | $128.52 |
| Carlos Salas | $200.37 | $4.01 | $204.38 |
| Lorenzo Pacheco | $2,225.37 | $44.51 | $2,269.88 |
| Marco Benicio | $1,729.59 | $34.59 | $1,764.18 |
| Tono Galisia | $65.25 | $1.30 | $66.55 |
| Gilberto Virgen | $31.50 | $0.63 | $32.13 |
| Jaime Virgen | $31.50 | $0.63 | $32.13 |
| Carlos Aguilera | $874.25 | $17.48 | $891.73 |
| Bernardo Caudillo | $966.25 | $19.32 | $985.57 |
| Juan R Ayala | $1,987.81 | $39.76 | $2,027.57 |
| Pedro Cerros | $2,417.58 | $48.35 | $2,465.93 |
| Olegario Garcia | $1,609.21 | $32.18 | $1,641.39 |
| Lizzette Yanez | $50.00 | $1.00 | $51.00 |
| Jose A Lopez | $465.54 | $9.31 | $474.85 |
| Gustavo Meza | $241.50 | $4.83 | $246.33 |

| | | | |
|---|---|---|---|
| Victor Meza | $222.50 | $4.45 | $226.95 |
| Jesus Quintero | $4,650.24 | $93.00 | $4,743.24 |
| Estuardo Vega | $1,057.26 | $21.15 | $1,078.41 |
| Miguel Chavez | $1,190.84 | $23.82 | $1,214.66 |
| Juan C Martinez | $345.00 | $6.90 | $351.90 |
| Jose Gonzales | $3,314.32 | $66.29 | $3,380.61 |
| Maria Guzman | $45.00 | $0.90 | $45.90 |
| Michael Ozuna | $2,697.84 | $53.96 | $2,751.80 |
| Miguel Ruiz | $2,063.83 | $41.28 | $2,105.11 |
| Luis Ramirez | $385.00 | $7.70 | $392.70 |
| Myra Rubalcava | $48.00 | $0.96 | $48.96 |
| Gerardo Cruz | $329.00 | $6.58 | $335.58 |
| Carlos Dorado | $1,408.76 | $51.62 | $1,460.38 |

**Date Due 8/30/2008**

| | | | |
|---|---|---|---|
| Carlos Dorado | $1,172.43 | $11.72 | $1,184.15 |
| Cruz Dorado | $120.00 | $3.60 | $123.60 |
| Joel Garcia | $591.50 | $17.74 | $609.24 |
| Manuel Mendoza | $225.00 | $6.75 | $231.75 |
| Luis Castillo | $484.50 | $14.54 | $499.04 |
| Jose Cruz | $72.00 | $2.16 | $74.16 |
| Jesus Nunez | $998.00 | $29.94 | $1,027.94 |
| Juan Ayala | $1,106.72 | $33.20 | $1,139.92 |
| Jose Alexander Cortes | $835.84 | $25.08 | $860.92 |
| Reveriano Garcia | $2,385.23 | $71.56 | $2,456.79 |
| Saul Perfecto | $1,667.56 | $50.03 | $1,717.59 |
| Jose Sanchez | $72.89 | $2.19 | $75.08 |
| Jaime Martinez | $47.50 | $1.42 | $48.92 |
| Pablo Martinez | $63.75 | $1.91 | $65.66 |
| Jaime Rodriguez | $242.25 | $7.27 | $249.52 |
| Luis Salinas | $851.58 | $25.55 | $877.13 |
| Hugo Tellez | $254.25 | $7.63 | $261.88 |
| Rolando Tellez | $218.50 | $6.56 | $225.06 |
| Marco Martinez | $732.58 | $21.98 | $754.56 |
| Fernando Avalos | $85.00 | $2.55 | $87.55 |
| Jose Hernandez | $852.50 | $25.58 | $878.08 |
| Ramon Valencia | $306.50 | $9.20 | $315.70 |
| Gerardo Lucas | $1,493.30 | $44.80 | $1,538.10 |
| Luis Sanchez | $340.08 | $10.20 | $350.28 |
| Jose Aleman | $1,337.50 | $40.12 | $1,377.62 |
| Jose Fuentes | $426.00 | $12.78 | $438.78 |
| Javier Lozano | $460.00 | $13.80 | $473.80 |
| Oscar Palacios | $144.00 | $4.32 | $148.32 |
| Cesar Vega | $206.50 | $6.20 | $212.70 |
| Cesar Galvan | $1,984.50 | $59.54 | $2,044.04 |

**CONSENT JUDGMENT** (Sol#0717721)                                      **Page 18 of 22**

| | | | |
|---|---|---|---|
| Saul Garcia | $1,305.00 | $39.15 | $1,344.15 |
| Gustavo Luna | $385.00 | $11.55 | $396.55 |
| Juan Beltran | $187.00 | $5.61 | $192.61 |
| Eliseo Picasso | $1,058.31 | $31.75 | $1,090.06 |
| Irack Ramirez | $1,501.10 | $45.03 | $1,546.13 |
| Miguel Mendoza | $1,023.57 | $30.71 | $1,054.28 |
| Celedonio Escoto | $317.25 | $9.52 | $326.77 |
| Francisco Zamudio | $40.00 | $1.20 | $41.20 |
| Diego Cruz | $250.75 | $7.52 | $258.27 |
| Pedro De La C Ponce | $1,588.21 | $47.65 | $1,635.86 |
| Francisco Munoz | $270.00 | $8.10 | $278.10 |
| Jose Arturo Garcia | $22.50 | $0.68 | $23.18 |
| Jose Espinoza | $790.63 | $23.72 | $814.35 |
| Jose Espejel | $864.13 | $25.92 | $890.05 |
| Daniel Martinez | $663.15 | $19.89 | $683.04 |
| Jesus Sanchez | $690.68 | $20.72 | $711.40 |
| Alondra Gonzalez | $619.64 | $18.59 | $638.23 |
| Yubini Mendez | $562.60 | $16.88 | $579.48 |
| Eric Ayala | $352.29 | $10.57 | $362.86 |
| Elmer Chalo | $411.78 | $12.35 | $424.13 |
| Alejo Chimal | $336.60 | $10.10 | $346.70 |
| Fidel Cruz | $244.19 | $7.33 | $251.52 |
| Jesus Felix | $406.87 | $12.21 | $419.08 |
| Jose Flores | $445.06 | $13.35 | $458.41 |
| Reynaldo Flores | $452.96 | $13.59 | $466.55 |
| Miguel Galves | $328.70 | $9.86 | $338.56 |
| Daniel Garcia | $356.72 | $10.70 | $367.42 |
| Jose Heredia | $946.13 | $28.38 | $974.51 |
| Manuel Lopez | $544.41 | $16.33 | $560.74 |
| Maximino Luna | $664.35 | $19.93 | $684.28 |
| Estevan Martinez | $418.72 | $12.56 | $431.28 |
| Luis Martinez | $392.63 | $11.78 | $404.41 |
| Aldo Mojarro | $518.19 | $15.55 | $533.74 |
| Juan Olivares | $409.38 | $12.28 | $421.66 |
| Gilberto Perez | $415.73 | $12.47 | $428.20 |
| Horacio Ramos | $462.17 | $13.87 | $476.04 |
| Rogelio Rangel | $434.52 | $13.04 | $447.56 |
| Francisco Rincon | $799.38 | $23.98 | $823.36 |
| Ernesto Rodriguez | $262.69 | $7.88 | $270.57 |
| Roberto Salazar | $730.19 | $21.91 | $752.10 |
| Juan Sanchez | $779.39 | $23.38 | $802.77 |
| Hector Suarez | $410.82 | $12.32 | $423.14 |
| Catarino Teodocio | $380.66 | $11.42 | $392.08 |
| Mardonio Teodocio | $418.72 | $12.56 | $431.28 |
| Ricardo Urenda | $494.85 | $14.85 | $509.70 |
| Manuel Velazquez | $335.05 | $10.05 | $345.10 |

**CONSENT JUDGMENT** (Sol#0717721)                                        **Page 19 of 22**

| | | | |
|---|---|---|---|
| Alfonso Vicente | $451.75 | $13.55 | $465.30 |
| Octavio Bautista | $141.13 | $4.23 | $145.36 |
| Armando Cortez | $119.70 | $3.59 | $123.29 |
| Julio Mora | $114.20 | $3.43 | $117.63 |
| Amilcar Rodas | $223.84 | $6.72 | $230.56 |
| Reyes Rivera Olvera | $203.50 | $6.10 | $209.60 |
| Jose Savaia | $118.27 | $3.55 | $121.82 |
| Pedro A Andrade Velásquez | $39.09 | $1.83 | $40.92 |

**Date Due 11/30/2008**

| | | | |
|---|---|---|---|
| Pedro A Andrade Velazquez | $21.95 | $0.22 | $22.17 |
| Luis Becerra | $163.75 | $6.55 | $170.30 |
| Mario Gallardo | $191.52 | $7.66 | $199.18 |
| Adalberto Munoz | $105.94 | $4.24 | $110.18 |
| Emilio Munoz | $53.87 | $2.15 | $56.02 |
| Arturo Palacios | $107.73 | $4.31 | $112.04 |
| Jorge Perez | $140.05 | $5.60 | $145.65 |
| Roberto Rincon | $172.37 | $6.89 | $179.26 |
| Nicolas Salas | $107.73 | $4.31 | $112.04 |
| Juan Vasquez | $226.24 | $9.05 | $235.29 |
| Martin Perez | $104.14 | $4.17 | $108.31 |
| Lucio Rivera | $173.57 | $6.94 | $180.51 |
| Gustavo De La Cruz | $157.29 | $6.29 | $163.58 |
| Agustin Suarez | $31.12 | $1.24 | $32.36 |
| Javier Alexander | $10,127.73 | $405.11 | $10,532.84 |
| Fausto Andrade | $16,126.22 | $645.05 | $16,771.27 |
| Primitivo Casillas | $9,149.40 | $365.98 | $9,515.38 |
| Samuel Cifuentes | $7,885.30 | $315.41 | $8,200.71 |
| Mario Delgadillo | $1,436.19 | $202.61 | $1,638.80 |

**Date Due 2/30/2009**

| | | | |
|---|---|---|---|
| Mario Delgadillo | $3,629.15 | $36.29 | $3,665.44 |
| Angel Escobedo | $6,430.76 | $321.54 | $6,752.30 |
| Roberto Gutierrez | $9,997.80 | $499.89 | $10,497.69 |
| Victor Heredia | $8,223.64 | $411.18 | $8,634.82 |
| Jorge Jimenez | $11,235.01 | $561.75 | $11,796.76 |
| Jose Juarez | $6,782.24 | $339.11 | $7,121.35 |
| Jose Martinez | $183.51 | $269.25 | $452.76 |

**CONSENT JUDGMENT** (SoI#0717721)                                    **Page 20 of 22**

**Date Due 5/30/2009**

| | | | |
|---|---|---|---|
| Jose Martinez | $5,201.53 | $52.02 | $5,253.55 |
| James Perez Rueda | $5,359.12 | $321.55 | $5,680.67 |
| Fernando Rivero | $14,876.47 | $892.59 | $15,769.06 |
| Marvin Sanchez | $10,370.28 | $622.22 | $10,992.50 |
| Manuel Solares | $6,993.24 | $419.59 | $7,412.83 |
| Francisco Trujillo | $3,681.47 | $352.32 | $4,033.79 |

**Date Due 8/30/2009**

| | | | |
|---|---|---|---|
| Francisco Trujillo | $2,190.51 | $21.91 | $2,212.42 |
| David Vargas | $6,741.66 | $471.92 | $7,213.58 |
| Edwin Sanchez | $8,933.50 | $625.34 | $9,558.84 |
| Adan Calletano | $5,716.76 | $400.17 | $6,116.93 |
| Nelson Rios | $6,196.27 | $433.74 | $6,630.01 |
| Ricardo Almora | $13,610.61 | $952.74 | $14,563.35 |
| Francisco Salcedo Palafox | $3,092.80 | $421.60 | $3,514.40 |

**Date Due 11/30/2009**

| | | | |
|---|---|---|---|
| Francisco Salcedo Palafox | $2,930.01 | $29.30 | $2,959.31 |
| Francisco Gutierrez | $9,621.06 | $769.68 | $10,390.74 |
| Juventino Sanchez | $5,235.37 | $418.83 | $5,654.20 |
| Juan Andrade | $11,290.79 | $903.26 | $12,194.05 |
| Jose De Jesus Martinez | $5,388.90 | $431.11 | $5,820.01 |
| Agustin Nolasco | $7,007.85 | $560.63 | $7,568.48 |
| Miguel Zamora | $5,008.13 | $400.65 | $5,408.78 |
| | $495,809.18 | $16,733.58 | $512,542.76 |

1

## EXHIBIT C

2
3

| Payment Date | Principal | Interest | Payment due | Balance |
|---|---|---|---|---|
| 11/30/2007 | $5120.98 | $479.76 | $5600.74 | 42855.02 |
| 02/30/2008 | $5172.19 | $428.55 | $5600.74 | 37682.83 |
| 05/30/2008 | $5223.91 | $376.83 | $5600.74 | 32458.92 |
| 08/30/2008 | $5276.15 | $324.59 | $5600.74 | 27182.77 |
| 11/30/2008 | $5328.91 | $271.83 | $5600.74 | 21853.86 |
| 02/30/2009 | $5382.20 | $218.54 | $5600.74 | 16471.66 |
| 05/30/2009 | $5436.02 | $164.72 | $5600.74 | 11035.64 |
| 08/30/2009 | $5490.38 | $110.36 | $5600.74 | 5545.26 |
| 11/30/2009 | $5545.26 | $55.45 | $5600.71 | .00 |
| | | $2430.63 | $50406.63 | |